IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 11-04078-MCF |
|---|---|
| MARILYN DEL C. LOPEZ LAUREANO | CHAPTER 13 |
| DEBTOR | |

**NOTICE OF FILING OF AMENDED CHAPTER 13 PLAN
AND CERTIFICATE OF SERVICE**

TO THE HONORABLE COURT:

COMES NOW, **MARILYN DEL C. LOPEZ LAUREANO** debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays:

1. Debtor is hereby submitting an amended Plan dated September 29, 2011, herewith and attached to this motion.

**I CERTIFY** that on this same date a copy of this notice was sent by the Clerk of the Court using CM/ECF systems which will send notifications of such to the Chapter 13 Trustee; and also certify that I have mailed by United States Postal Service copy of this motion to the following non CM/ECF participants, debtor, Marilyn Del C. Lopez Laureano and to all creditors and parties in the above captioned case.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 29th day of September, 2011.

/s/ *Roberto Figueroa Carrasquillo*
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONER
PO BOX 186
CAGUAS PR 00726
TEL. NO. (787) 744-7699
FAX (787) 746-5294
EMAIL: rfigueroa@rfclawpr.com

# United States Bankruptcy Court
# District of Puerto Rico

IN RE: **LOPEZ LAUREANO, MARILYN DEL CARMEN**
Debtor(s)

Case No. **11-04078-13**
Chapter **13**

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____
☐ PRE ☐ POST-CONFIRMATION

☑ AMENDED PLAN DATED: **9/29/2011**
Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

| $ | | | | |
|---|---|---|---|---|
| $ **250.00** x **12** = $ **3,000.00** |
| $ **1,820.00** x **48** = $ **87,360.00** |
| $ x = $ |
| $ x = $ |
| $ x = $ |

TOTAL: $ **90,360.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **90,360.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,454.00**

Signed: **/s/ MARILYN DEL CARMEN LOPEZ LAUR**
Debtor

_____
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ ____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **BANCO SANTANDER** Cr. **BANCO SANTANDER** Cr. _____
# **8570009298746** # **Post-Petition8746** # _____
$ **10,840.29** $ **3,635.16** $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **BANCO BILBAO VIZ** Cr. **CRIM** Cr. **PREFERRED HOME**
# **13249607245021** # **xxx-xx-9160** # **179-046**
$ **2,134.24** $ **1,528.54** $ **7,951.00**
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:

5. ☐ Other:

6. ☑ Debtor otherwise maintains regular payments directly to:
**BANCO SANTANDER**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
Roberto Rodriguez Vega: arrears ($6,500.00.) will be paid through the Trustee. Debtor to continue making current direct payments to Roberto Rodriguez Vega.
LV- $4,015.00, Priority (IRS) claim no. 2: $23,194.98, Priority (Hacienda) claim no. 9 & 10-$16,065.00
* "Tax refunds will be devoted each year, as periodic payments, to the plan's funding until plan completion. The plan shall be deemed modified by such amount, without the need of further Court order. The debtor(s) shall seek court's authorization prior any use of funds."
Debtor(s) to provide ADEQUATE PROTECTION PAYMENTS to BBVA thru the Trustee in the sum $20.00 per month for the next eight months or until confirmation. Debtor(s) to provide auto insurance upon maturity to BBVA thru Eastern America Insurance Company.
Debtor assume commercial lease with Roberto Rodriguez Vega.
*Or as otherwise specified on proof of claim. Late filed claims filed by creditors will receive no distribution.
Debtor reserves the right to object claims after plan confirmation.

Attorney for Debtor **R. Figueroa Carrasquillo Law Office** Phone: **(787) 744-7699**

AMENDED CHAPTER 13 PAYMENT PLAN

LOPEZ LAUREANO, MARILYN DEL CARMEN
MANSIONES DE LOS CEDROS
58 MIRTOS STREET
CAYEY, PR  00736

ROBERTO RODRIGUEZ VEGA
PO BOX 1101
MANATI, PR  00674

R. Figueroa Carrasquillo
Law Office
PO Box 193677
San Juan, PR  00919-3677

RODRIGUEZ FERNANDEZ LAW OFFICES
PSC
PO BOX 71418
SAN JUAN, PR  00936-8518

BANCO BILBAO VIZCAYA ARGENTARIA
PO BOX 364745
SAN JUAN, PR  00936-4745

BANCO POPULAR DE PR
PO BOX 70100
SAN JUAN, PR  00936-8100

BANCO SANTANDER
PO BOX 362589
SAN JUAN, PR  00936-2589

CRIM
ASESORAMIENTO LEGAL
PO BOX 195387
SAN JUAN, PR  00919-5387

DEPARTAMENTO DE HACIENDA
PO BOX 9024140
SAN JUAN, PR  00902-4140

FRAU & ASOCIADOS
PO BOX 331150
PONCE, PR  00733-1150

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA  19101-7346

PREFERRED HOME SERVICES
PO BOX 4069
BAYAMON, PR  00958-1069