IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE: | * | |
| MARILYN DEL CARMEN LOPEZ LAUREANO | * | CASE NO. 11-04078 MCF |
| | * | CHAPTER 13 |
| Debtor(s) | * | |
| BANCO SANTANDER PUERTO RICO | * | INDEX |
| Movant | * | |
| MARILYN DEL CARMEN LOPEZ LAUREANO and JOSE RAMON CARRION MORALES as DEBTOR and TRUSTEE | * | |
| Respondent (s) | * | |

**DEBTOR'S RESPONSE TO MOTION FOR RELIEF OF STAY**

TO THE HONORABLE COURT:

**NOW COMES, MARILYN DEL CARMEN LOPEZ LAUREANO,** debtor, through the undersigned attorney, and very respectfully states and prays as follows:

1. Banco Santander PR ("Santander") filed a motion for relief from stay basically alleging that the debtor is in post-petition mortgage loan arrears in the sum of $3,617.36, including late charges, and requesting payment of legal costs and fees of $400.00.

2. The debtor hereby respectfully submits that on September 29, 2011, and prior to the filing of the present motion under 11 USC Section 362 by movant, the debtor had filed an amended Plan which Plan provides for the payment, through the Trustee, of the post-petition mortgage loan payments stated in movant's motion. See docket no. 35, debtor's proposed *Amended Plan* dated September 29, 2011.

Page – 2 –
Debtor's Response to §362 Motion
Case no. 11-04078 MCF13

3. That upon confirmation of debtor's proposed Plan, the post-petition mortgage loan arrears owed to Santander will be paid through the Trustee, thus, movant's motion would become moot.

**WHEREFORE**, the debtor respectfully requests from this Honorable Court to grant the present response and deny the motion for relief from stay filed by Santander, docket no. 37, in the above captioned case.

**I CERTIFY** that on this same date a copy of this motion was filed with the Clerk of the Court using the CM/ECF filing system, which will send notification of same to: the Chapter 13 Trustee Jose Ramon Carrion Morales, Esq.; Jose F. Cardona Jimenez, Esq., Cardona Jimenez Law Offices PSC, Counsel for Santander; I also certify that a copy of this motion was sent via regular mail to the debtor/respondent Marilyn Del C Lopez Laureano, Mansiones de los Cedros 58 Mirtos Street Cayey PR 00736.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 5th day of October, 2011.

/s/ Roberto Figueroa Carrasquillo
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR DEBTOR/RESPONDENT
PO BOX 193677 SAN JUAN PR 00919-3677
TEL NO 787-744-7699 FAX NO 787-746-5294
Email: rigueroa@rfclawpr.com