**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

**MINUTE OF HEARING**

*Hearing Information:*
Debtor: MARILYN LOPEZ LAUREANO
Joint Debtor:
Case Number: 11-04078-MCF      Chapter: 13

Date / Time / Room: 10-6-2011      Courtroom #3
Bankruptcy Judge: Hon. Mildred Caban Flores, Bankrutcy Judge
Courtroom Deputy: CARMINA ROSADO LOZA

*Matter:*
CONFIRMATION HEARING OF PLAN DATED 08/11/11 (#26)    OBJECTION TO CONFIRMATION FILED BY BANCO BILBAO VIZCAYA ARGENTARIA AND DEBTOR'S REPLY

*Appearances:*
☐ Debtor ☑ Debtor's Attorney ☑ Trustee ☐ US Trustee
☐ Creditors/Others:  Christopher Sanders on behalf of IRS (Court Call), Michelle Vega on behalf of Debtor

*Notes and Remarks:* *(Order will be entered electronically)

*Proceedings:*

Debtor stated that already filed the Tax Returns and that the only pending matter is the filing of the Operating Reports. The hearing was rescheduled for October 26, 2011 at 9:00 a.m., all pending matters are held in abeyance until then.
The Trustee withdrew its Motion to Dismiss (#17).

ORDER:

The Debtor is ordered to submit the Operating Reports that are outstanding within five (5) days.

/S/MILDRED CABAN FLORES
US BANKRUPTCY JUDGE