UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTE OF HEARING**

*Hearing Information:*
Debtor: MARILYN LOPEZ LAUREANO
Joint Debtor:
Case Number: 11-04078-MCF  Chapter: 13

Date / Time / Room: 10-26-2011  Courtroom #3
Bankruptcy Judge: Hon. Mildred Caban Flores, Bankrutcy Judge
Courtroom Deputy: DENNIS RODRIGUEZ RODRIGUEZ

*Matter:*
CONFIRMATION HEARING OF PLAN DATED 09/29/11 (#35) OBJECTION TO CONFIRMATION FILED BY BANCO BILBAO VIZCAYA ARGENTARIA

*Appearances:*
☐ Debtor ☑ Debtor's Attorney ☑ Trustee ☐ US Trustee
☑ Creditors/Others: Vivian Ortiz on behalf of Banco Santander de PR
Christopher W. Sander on hehalf of USA (Court Call)

*Notes and Remarks:*

*Proceedings:*

The Trustee recommended favorable in open court the plan dated 09/29/2011. Banco Santander de PR will amend their proof of claim to include the post petition arrears.

Hearing is continued to 01/26/2012 at 9:00 A.M. All pending matters are held in abeyance.

/S/MILDRED CABAN FLORES
US BANKRUPTCY JUDGE