UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO
HATO REY (SAN JUAN) DIVISION

In Re: §
§
MARILYN DEL CARMEN LOPEZ § Case No. 11-04078
LAUREANO §
dba COSTA DEL SOL BAR & GRILL §
§
Debtors §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

WIGBERTO LUGO-MENDER, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 183,000.00           Assets Exempt: 17,810.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 1,085.10      Claims Discharged
                                                Without Payment: 299,218.50

Total Expenses of Administration: 718.14

---

3) Total gross receipts of $ 1,803.24 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 1,803.24 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 338,115.00 | $ 309,655.84 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 718.14 | 718.14 | 718.14 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 28,367.00 | 211,682.22 | 57,479.26 | 1,085.10 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 22,133.56 | 151,831.46 | 47,436.69 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 388,615.56 | $ 673,887.66 | $ 105,634.09 | $ 1,803.24 |

4) This case was originally filed under chapter on 05/17/2011 , and it was converted to chapter 7 on 01/19/2012 . The case was pending for 84 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/13/2018            By: /s/WIGBERTO LUGO-MENDER, TRUSTEE
                                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| INVENTORY | 1129-000 | 800.00 |
| Post-Petition Interest Deposits | 1270-000 | 3.24 |
| Good faith deposit forfeit | 1290-000 | 1,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 1,803.24** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BANCO BILBAO VIZCAYA ARGENTARIA PO BOX 364745 SAN JUAN, PR 00936-4745 | | 1,983.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BANCO SANTANDER PO BOX 362589 SAN JUAN, PR 00936-2589 | | 157,595.11 | NA | NA | 0.00 |
| | CRIM ASESORAMIENTO LEGAL PO BOX 195387 SAN JUAN, PR 00919-5387 | | 1,528.54 | NA | NA | 0.00 |
| | FRAU & ASOCIADOS PO BOX 331150 PONCE, PR 00733-1150 | | 0.00 | NA | NA | 0.00 |
| | PREFERRED HOME SERVICES PO BOX 4069 BAYAMON, PR 00958-1069 | | 7,951.00 | NA | NA | 0.00 |
| 3-1 | BANCO SANTANDER PUERTO RICO | 4110-000 | 157,595.11 | 149,021.03 | 0.00 | 0.00 |
| 3-2 | BANCO SANTANDER PUERTO RICO | 4110-000 | NA | 149,021.03 | 0.00 | 0.00 |
| 6 | PREFERRED HOME SERVICES | 4110-000 | 7,951.00 | 7,951.00 | 0.00 | 0.00 |
| 7 | EASTERN AMERICA INSURANCE | 4210-000 | NA | 0.00 | 0.00 | 0.00 |
| 4 | BANCO BILBAO VIZCAYA ARGENTARIA | 4220-000 | 1,983.00 | 2,134.24 | 0.00 | 0.00 |
| 5 | CRIM | 4700-000 | 1,528.24 | 1,528.54 | 0.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ 338,115.00 | $ 309,655.84 | $ 0.00 | $ 0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| WIGBERTO LUGO-MENDER | 2100-000 | NA | 450.81 | 450.81 | 450.81 |
| LANDRAU RIVERA, NOEMI | 2200-000 | NA | 167.41 | 167.41 | 167.41 |
| WIGBERTO LUGO-MENDER | 2200-000 | NA | 78.47 | 78.47 | 78.47 |
| INTERNATIONAL SURETIES LTD | 2300-000 | NA | 15.62 | 15.62 | 15.62 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 3.67 | 3.67 | 3.67 |
| NOEMI LANDRAU RIVERA | 2300-000 | NA | 2.16 | 2.16 | 2.16 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 718.14 | $ 718.14 | $ 718.14 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | DEPARTAMENTO DE HACIENDA PO BOX 9024140 SAN JUAN, PR 00902-4140 | | 4,921.00 | NA | NA | 0.00 |
| | DEPARTAMENTO DE HACIENDA PO BOX 9024140 SAN JUAN, PR 00902-4140 | | 11,144.00 | NA | NA | 0.00 |
| | INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA, PA 19101-7346 | | 6,151.00 | NA | NA | 0.00 |
| 12-1A | CRIM | 5800-000 | NA | 495.15 | 0.00 | 0.00 |
| 12-2A | CRIM | 5800-000 | NA | 523.64 | 523.64 | 9.89 |
| 10 | DEPARTMENT OF TREASURY | 5800-000 | NA | 4,921.00 | 0.00 | 0.00 |
| 13A | DEPARTMENT OF TREASURY | 5800-000 | NA | 10,511.42 | 0.00 | 0.00 |
| 14A | DEPARTMENT OF TREASURY | 5800-000 | NA | 62,207.47 | 0.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 16A | DEPARTMENT OF TREASURY | 5800-000 | NA | 17,305.13 | 17,305.13 | 326.69 |
| 17 | DEPARTMENT OF TREASURY | 5800-000 | NA | 668.90 | 668.90 | 12.63 |
| 18 | DEPARTMENT OF TREASURY | 5800-000 | NA | 20,170.52 | 20,170.52 | 380.77 |
| 9 | DEPARTMENT OF TREASURY | 5800-000 | NA | 11,144.00 | 0.00 | 0.00 |
| 2-1A | INTERNAL REVENUE SERVICE | 5800-000 | 6,151.00 | 23,194.98 | 0.00 | 0.00 |
| 2-2A | INTERNAL REVENUE SERVICE | 5800-000 | NA | 23,194.98 | 0.00 | 0.00 |
| 2-3A | INTERNAL REVENUE SERVICE | 5800-000 | NA | 18,533.96 | 0.00 | 0.00 |
| 2-4A | INTERNAL REVENUE SERVICE | 5800-000 | NA | 18,811.07 | 18,811.07 | 355.12 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 28,367.00 | $ 211,682.22 | $ 57,479.26 | $ 1,085.10 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA, PA 19101-7346 | | 4,114.00 | NA | NA | 0.00 |
| | RODRIGUEZ FERNANDEZ LAW OFFICES PSC PO BOX 71418 SAN JUAN, PR 00936-8518 | | 0.00 | NA | NA | 0.00 |
| 12-1B | CRIM | 7100-000 | NA | 1,076.27 | 0.00 | 0.00 |
| 12-2B | CRIM | 7100-000 | NA | 1,111.71 | 1,111.71 | 0.00 |
| 13B | DEPARTMENT OF TREASURY | 7100-000 | NA | 8,813.18 | 0.00 | 0.00 |
| 14B | DEPARTMENT OF TREASURY | 7100-000 | NA | 18,165.00 | 0.00 | 0.00 |
| 16B | DEPARTMENT OF TREASURY | 7100-000 | NA | 11,123.27 | 11,123.27 | 0.00 |
| 2-1B | INTERNAL REVENUE SERVICE | 7100-000 | 4,114.00 | 27,594.58 | 0.00 | 0.00 |
| 2-2B | INTERNAL REVENUE SERVICE | 7100-000 | NA | 38,138.55 | 0.00 | 0.00 |
| 2-3B | INTERNAL REVENUE SERVICE | 7100-000 | NA | 10,607.19 | 0.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2-4B | INTERNAL REVENUE SERVICE | 7100-000 | NA | 6,943.20 | 6,943.20 | 0.00 |
| 1 | PR ACQUISITIONS LLC | 7100-000 | 7,405.56 | 7,613.07 | 7,613.07 | 0.00 |
| 11 | PUERTO RICO ELECTRIC POWER | 7100-000 | NA | 6,145.44 | 6,145.44 | 0.00 |
| 15 | ROBERTO RODRIGUEZ VEGA | 7100-000 | NA | 8,000.00 | 8,000.00 | 0.00 |
| 8 | ROBERTO RODRIGUEZ VEGA | 7100-000 | 6,500.00 | 6,500.00 | 6,500.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 22,133.56 | $ 151,831.46 | $ 47,436.69 | $ 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 11-04078 | MCF | Judge: | Mildred Caban Flores | Trustee Name: | WIGBERTO LUGO-MENDER, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | MARILYN DEL CARMEN LOPEZ LAUREANO | | | | Date Filed (f) or Converted (c): | 01/19/2012 (c) |
| | dba COSTA DEL SOL BAR & GRILL | | | | 341(a) Meeting Date: | 02/22/2012 |
| For Period Ending: | 12/13/2018 | | | | Claims Bar Date: | 07/23/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residential property located at Urb Mansiones de los Cedros, L3 Mirtos St. Cayey, PR Automatic stay lifted on 12/09/2014 at docket no. 140 | 190,000.00 | 13,000.00 | OA | 0.00 | FA |
| 2. Banco Santander account ending 0259 No value to estate. | 0.00 | 0.00 | | 0.00 | FA |
| 3. Banco Santander account ending 2340 No value to estate | 0.00 | 0.00 | | 0.00 | FA |
| 4. Doral Bank account ending 6630 No value to estate. | 0.00 | 0.00 | | 0.00 | FA |
| 5. HOUSEHOLD GOODS | 5,000.00 | 0.00 | | 0.00 | FA |
| 6. WEARING APPAREL | 500.00 | 0.00 | | 0.00 | FA |
| 7. FURS AND JEWELRY | 600.00 | 0.00 | | 0.00 | FA |
| 8. STOCK LOPTEX No value to estate. Corporation closed. | 0.00 | 0.00 | | 0.00 | FA |
| 9. Vehicle- 1999 Ford Windstar Asset fully exempt as claimed by Debtor in Schedule C. | 2,685.00 | 0.00 | OA | 0.00 | FA |
| 10. INVENTORY Inventory sold upon inspection of leased premises by prior Trustee pursuant to Notice of Sale- Refer to docket no. 73 | 7,319.00 | 800.00 | | 800.00 | FA |
| 11. Good faith deposit forfeit (u) | 0.00 | 1,000.00 | | 1,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | 0.00 | N/A | | 3.24 | FA |

Gross Value of Remaining Assets

| | | | |
|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $206,104.00 | $14,800.00 | $1,803.24 | $0.00 |

(Total Dollar Amount in Column 6)

**Exhibit 8**

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Case Ready for Closing.  All assets administered and claims reviewed.

Initial Projected Date of Final Report (TFR): 08/03/2012     Current Projected Date of Final Report (TFR): 03/31/2018

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 11-04078  
Case Name: MARILYN DEL CARMEN LOPEZ LAUREANO  
dba COSTA DEL SOL BAR & GRILL  

Trustee Name: WIGBERTO LUGO-MENDER, TRUSTEE  
Bank Name: BANCO SANTANDER  
Account Number/CD#: XXXXXX7964  
Banco Santander, P.R. - Checking Ac  

Taxpayer ID No: XX-XXX5561  
For Period Ending: 12/13/2018  

Blanket Bond (per case limit): $16,477,482.00  
Separate Bond (if applicable):  

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/18/12 | 10 | RODRIGUEZ VEGA, ROBERTO | Proceeds from sale invetory Refer to docket #73 | 1129-000 | $800.00 | | $800.00 |
| 02/29/12 | INT | BANCO SANTANDER | Interest Rate 0.100 | 1270-000 | $0.04 | | $800.04 |
| 03/30/12 | INT | BANCO SANTANDER | Interest Rate 0.100 | 1270-000 | $0.07 | | $800.11 |
| 04/30/12 | INT | BANCO SANTANDER | Interest Rate 0.100 | 1270-000 | $0.07 | | $800.18 |
| 05/31/12 | INT | BANCO SANTANDER | Interest Rate 0.100 | 1270-000 | $0.07 | | $800.25 |
| 06/29/12 | INT | BANCO SANTANDER | Interest Rate 0.100 | 1270-000 | $0.06 | | $800.31 |
| 07/31/12 | INT | BANCO SANTANDER | Interest Rate 0.100 | 1270-000 | $0.07 | | $800.38 |
| 08/31/12 | INT | BANCO SANTANDER | Interest Rate 0.100 | 1270-000 | $0.07 | | $800.45 |
| 09/28/12 | INT | BANCO SANTANDER | Interest Rate 0.100 | 1270-000 | $0.06 | | $800.51 |
| 10/31/12 | INT | BANCO SANTANDER | Interest Rate 0.100 | 1270-000 | $0.07 | | $800.58 |
| 11/30/12 | INT | BANCO SANTANDER | Interest Rate 0.100 | 1270-000 | $0.07 | | $800.65 |
| 12/31/12 | INT | BANCO SANTANDER | Interest Rate 0.100 | 1270-000 | $0.07 | | $800.72 |
| 01/25/13 | 11 | SR. JOSE L. RODRIGUEZ CALIXTO CAYEY, PR | Good faith deposit to purchase residential property located at Urb Los Cedros on Cayey [Funds confiscated by prior trustee- Refer to dockets #113 and #115] | 1290-000 | $1,000.00 | | $1,800.72 |
| 01/31/13 | INT | BANCO SANTANDER | Interest Rate 0.100 | 1270-000 | $0.08 | | $1,800.80 |
| 02/28/13 | INT | BANCO SANTANDER | Interest Rate 0.100 | 1270-000 | $0.14 | | $1,800.94 |
| 03/29/13 | INT | BANCO SANTANDER | Interest Rate 0.100 | 1270-000 | $0.15 | | $1,801.09 |
| | | | Page Subtotals: | | $1,801.09 | $0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page: 12)

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 11-04078  
Case Name: MARILYN DEL CARMEN LOPEZ LAUREANO  
dba COSTA DEL SOL BAR & GRILL  

Taxpayer ID No: XX-XXX5561  
For Period Ending: 12/13/2018  

Trustee Name: WIGBERTO LUGO-MENDER, TRUSTEE  
Bank Name: BANCO SANTANDER  
Account Number/CD#: XXXXXX7964  
Banco Santander, P.R. - Checking Ac  
Blanket Bond (per case limit): $16,477,482.00  
Separate Bond (if applicable):  

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/30/13 | INT | BANCO SANTANDER | Interest Rate 0.100 | 1270-000 | $0.16 | | $1,801.25 |
| 05/31/13 | INT | BANCO SANTANDER | Interest Rate 0.100 | 1270-000 | $0.16 | | $1,801.41 |
| 06/28/13 | INT | BANCO SANTANDER | Interest Rate 0.100 | 1270-000 | $0.14 | | $1,801.55 |
| 07/31/13 | INT | BANCO SANTANDER | Interest Rate 0.100 | 1270-000 | $0.17 | | $1,801.72 |
| 08/30/13 | INT | BANCO SANTANDER | Interest Rate 0.100 | 1270-000 | $0.15 | | $1,801.87 |
| 09/30/13 | INT | BANCO SANTANDER | Interest Rate 0.100 | 1270-000 | $0.16 | | $1,802.03 |
| 10/14/13 | 301 | INTERNATIONAL SURETIES LTD SUITE 420701 POYDRAS ST.NEW ORLEANS, LA 70139 | BLANKET BOND PREMIUM PAYMENT Per Order entered on November 26, 2013 [Refer to dockets #124 and #125] | 2300-000 | | $3.97 | $1,798.06 |
| 10/31/13 | INT | BANCO SANTANDER | Interest Rate 0.100 | 1270-000 | $0.16 | | $1,798.22 |
| 11/29/13 | INT | BANCO SANTANDER | Interest Rate 0.100 | 1270-000 | $0.14 | | $1,798.36 |
| 12/31/13 | INT | BANCO SANTANDER | Interest Rate 0.100 | 1270-000 | $0.16 | | $1,798.52 |
| 01/26/14 | 302 | NOEMI LANDRAU RIVERA PO BOX 270219SAN JUAN, PR 00927-0219 | BLANKET BOND PREMIUM PAYMENT Per Order entered on August 5, 2013 [Refer to dockets #121 and #122] | 2300-000 | | $2.16 | $1,796.36 |
| 01/31/14 | INT | BANCO SANTANDER | Interest Rate 0.100 | 1270-000 | $0.15 | | $1,796.51 |
| 02/28/14 | INT | BANCO SANTANDER | Interest Rate 0.100 | 1270-000 | $0.14 | | $1,796.65 |
| 03/31/14 | INT | BANCO SANTANDER | Interest Rate 0.100 | 1270-000 | $0.15 | | $1,796.80 |
| 04/30/14 | INT | BANCO SANTANDER | Interest Rate 0.100 | 1270-000 | $0.15 | | $1,796.95 |
| | | | Page Subtotals: | | $1.99 | $6.13 | |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | Exhibit 9 |
|---|---|---|
| Case No: 11-04078 | Trustee Name: WIGBERTO LUGO-MENDER, TRUSTEE | |
| Case Name: MARILYN DEL CARMEN LOPEZ LAUREANO | Bank Name: BANCO SANTANDER | |
| dba COSTA DEL SOL BAR & GRILL | Account Number/CD#: XXXXXX7964 | |
| | Banco Santander, P.R. - Checking Ac | |
| Taxpayer ID No: XX-XXX5561 | Blanket Bond (per case limit): $16,477,482.00 | |
| For Period Ending: 12/13/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/30/14 | INT | BANCO SANTANDER | Interest Rate 0.100 | 1270-000 | $0.15 | | $1,797.10 |
| 06/30/14 | INT | BANCO SANTANDER | Interest Rate 0.100 | 1270-000 | $0.01 | | $1,797.11 |
| 09/30/14 | | INTERNATIONAL SURETIES LTD SUITE 420701 POYDRAS ST.NEW ORLEANS, LA 70139 | BLANKET BOND PREMIUM PAYMENT Refer to docket #131 and #187 | 2300-000 | | $3.61 | $1,793.50 |
| 04/21/15 | | Transfer to Acct # XXXXXX0346 | Bank Funds Transfer | 9999-000 | | $1,793.50 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $1,803.24 | $1,803.24 |
| Less: Bank Transfers/CD's | $0.00 | $1,793.50 |
| Subtotal | $1,803.24 | $9.74 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $1,803.24 | $9.74 |

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*  Page Subtotals: $0.16  $1,797.11

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 11-04078 | Trustee Name: WIGBERTO LUGO-MENDER, TRUSTEE |
| Case Name: MARILYN DEL CARMEN LOPEZ LAUREANO | Bank Name: BANCO SANTANDER |
| dba COSTA DEL SOL BAR & GRILL | Account Number/CD#: XXXXXX0346 |
| | Banco Santander, P.R. - Checking Ac |
| Taxpayer ID No: XX-XXX5561 | Blanket Bond (per case limit): $16,477,482.00 |
| For Period Ending: 12/13/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/21/15 | | Transfer from Acct # XXXXXX7964 | Bank Funds Transfer | 9999-000 | $1,793.50 | | $1,793.50 |
| 09/09/15 | 4001 | INTERNATIONAL SURETIES LTD SUITE 420 701 POYDRAS ST. NEW ORLEANS, LA 70139 | Blanket bond As per Order entered on September 14, 2015 [Refer to docket #146 and #145] All related disbursement for blanket bond payments are posted by the Bank as pre-authorized debit memos In our case management system all debits are reflected as check with numb | 2300-000 | | $4.27 | $1,789.23 |
| 01/27/16 | 4002 | LANDRAU RIVERA, NOEMI LANDRAU RIVERA & ASSOCIATES PO BOX 270219 SAN JUAN, PR 00927-0219 | As per Court Order entered on January 26, 2016 [Reimbursed expenses] Refer to dockets #148 and #149 | 2200-000 | | $167.41 | $1,621.82 |
| 10/04/16 | 4003 | INTERNATIONAL SURETIES, LTD. ONE SHELL SQUARE 701 POYDRAS STREET SUITE 420 NEW ORLEANS, LA 70139 | BLANKET BOND Per Order entered on October 27, 2016 [Refer to dockets #156 and #157] | 2300-000 | | $3.67 | $1,618.15 |
| 10/26/17 | | INTERNATIONAL SURETIES LTD SUITE 420 701 POYDRAS ST. NEW ORLEANS, LA 70139 | Blanket bond premium Per Order entered on 10/30/2017 [Refer to dockets #165 and #166] | 2300-000 | | $3.77 | $1,614.38 |
| 10/23/18 | 4004 | WIGBERTO LUGO-MENDER 100 CARR 165 STE 501 GUAYNABO, PR 00968-8052 | Final distribution creditor account # debtor SS#### ##-9160 representing a payment of 100.00 % per court order. | 2100-000 | | $450.81 | $1,163.57 |
| 10/23/18 | 4005 | WIGBERTO LUGO-MENDER 100 CARR 165 STE 501 GUAYNABO, PR 00968-8052 | Final distribution creditor account # debtor SS#### ##-9160 representing a payment of 100.00 % per court order. | 2200-000 | | $78.47 | $1,085.10 |
| 10/23/18 | 4006 | INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA, PA 19101-7346 | Final distribution to claim 2 creditor account # debtor SS#### ##-9160 representing a payment of 1.89 % per court order. | 5800-000 | | $355.12 | $729.98 |
| | | | Page Subtotals: | | $1,793.50 | $1,063.52 | |

UST Form 101-7-TDR (10/1/2010) (Page: 15)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 11-04078
Case Name: MARILYN DEL CARMEN LOPEZ LAUREANO
    dba COSTA DEL SOL BAR & GRILL

Trustee Name: WIGBERTO LUGO-MENDER, TRUSTEE
Bank Name: BANCO SANTANDER
Account Number/CD#: XXXXXX0346
Banco Santander, P.R. - Checking Ac

Taxpayer ID No: XX-XXX5561
For Period Ending: 12/13/2018

Blanket Bond (per case limit): $16,477,482.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/23/18 | 4007 | CRIM<br>OFFICE LEGAL COUNSEL<br>PO BOX 195387<br>SAN JUAN, PR  00919-5387 | Final distribution to claim 12 creditor account # debtor SS#### ##-9160 representing a payment of 1.89 % per court order. | 5800-000 | | $9.89 | $720.09 |
| 10/23/18 | 4008 | DEPARTMENT OF TREASURY<br>Bankruptcy Section (Suite 1504)<br>235 Ave. Arterial Hostos<br>San Juan, Puerto Rico  00918-1454 | Final distribution to claim 16 creditor account # debtor SS#### ##-9160 representing a payment of 1.89 % per court order. | 5800-000 | | $326.69 | $393.40 |
| 10/23/18 | 4009 | DEPARTMENT OF TREASURY<br>Bankruptcy Section (Suite 1504)<br>235 Ave. Arterial Hostos<br>San Juan, Puerto Rico  00918-1454 | Final distribution to claim 17 creditor account # debtor SS#### ##-9160 representing a payment of 1.89 % per court order. | 5800-000 | | $12.63 | $380.77 |
| 10/23/18 | 4010 | DEPARTMENT OF TREASURY<br>Bankruptcy Section (Suite 1504)<br>235 Ave. Arterial Hostos<br>San Juan, Puerto Rico  00918-1454 | Final distribution to claim 18 creditor account # debtor SS#### ##-9160 representing a payment of 1.89 % per court order. | 5800-000 | | $380.77 | $0.00 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $1,793.50 | $1,793.50 |
| Less: Bank Transfers/CD's | $1,793.50 | $0.00 |
| Subtotal | $0.00 | $1,793.50 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $1,793.50 |

Page Subtotals:      $0.00      $729.98

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0346 - Banco Santander, P.R. - Checking Ac | $0.00 | $1,793.50 | $0.00 |
| XXXXXX7964 - Banco Santander, P.R. - Checking Ac | $1,803.24 | $9.74 | $0.00 |
| | $1,803.24 | $1,803.24 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $1,803.24 |
| Total Gross Receipts: | $1,803.24 |

Page Subtotals: $0.00 $0.00